PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
Victoria C. Knowles, Bar No. 277231
vknowles@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONYA VALENZUELA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HIMS & HERS HEALTH, INC., a Delaware corporation, d/b/a FORHIMS.COM, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. Case 3:23-cv-00011-L-KSC<br>Assigned to Judge M. James Lorenz<br><br><br>**NOTICE OF SETTLEMENT**<br><br><br><br>Complaint Filed: November 23, 2022 |

NOTICE OF SETTLEMENT

1

**TO THE COURT, CLERK AND TO ALL PARTIES OF RECORD:**

2

**PLEASE TAKE NOTICE** that the parties have reached a settlement of the

3

above-captioned matter and are in the process of executing the actions required by the

4

agreement.  It is anticipated that a request for dismissal in accordance with Rules 23(e)

5

and 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure will be filed within forty-five

6

(45) days of the date of this Notice.

7

8

Dated:  February 3, 2023

PACIFIC TRIAL ATTORNEYS

9

10

By: */s/ Scott J. Ferrell*
Scott J. Ferrell
Attorney for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2023, I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell Esq.*

Scott J. Ferrell, Esq.