1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONYA VALENZUELA, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>   v.<br><br>HIMS & HERS HEALTH, INC., a Delaware corporation, d/b/a FORHIMS.COM, and DOES 1 through 10, inclusive,<br><br>            Defendant. | Case No. 3:23-cv-11-L-KSC<br><br>**ORDER OF DISMISSAL**<br><br>**[ECF NO. 9]** |

11
12
13
14
15
16
17
18
19
20
21
22
23

      Pending before the Court is Plaintiff's notice of voluntary dismissal.  (ECF No. 9.)  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action is dismissed with prejudice as to the named Plaintiff only.  This action is dismissed without prejudice as to the claims of the putative class members.

      **IT IS SO ORDERED.**

24

Dated:  March 17, 2023

25
26

_____
Hon. M. James Lorenz
United States District Judge

27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28